IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LISA MARIE GRALEY

           Plaintiff,

v.                                         CIVIL ACTION NO. 2:18-cv-01124

NANCY A. BERRYHILL

           Defendant.

# ORDER

This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On February 13, 2019, Judge Aboulhosn submitted his Proposed Findings & Recommendations [ECF No. 17] ("PF&R") and recommended that the court deny the plaintiff's request for judgment on the pleadings [ECF No. 13], grant the defendant's request for judgment on the pleadings [ECF No. 16], affirm the final decision of the Commissioner, and dismiss this matter from the docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** the plaintiff's request for judgment on the pleadings [ECF No. 13], **GRANTS** the defendant's request for judgment on the pleadings [ECF No. 16], **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: March 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE